# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: **20 CV 00986**

DATE FILED: FEB 0 5 2020

SIGNED BY: JUDGE McMAHON

DATE SIGNED: FEB 0 5 2020

TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS

FILED
U.S. DISTRICT COURT
2020 FEB -5
S.D. OF N.Y.