**20 CV 00986** *McMahon, J* *Parker, I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

BAY SHORE POWER COMPANY,
4701 Bay Shore Road,
Oregon, Ohio 43616

          *Plaintiff,*

v.

WALLEYE ENERGY, LLC,
67 Park Place East,
Morristown, New Jersey 07960

          *Defendant.*

------------------------------------x

Civil Action No. _____

JUDGE

[~~PROPOSED~~] ORDER FOR FILING
COMPLAINT UNDER SEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2020

Pursuant to the Local Rules of the United States District Court for the Southern District of New York, and upon the representation of Plaintiff Bay Shore Power Company ("Bay Shore") that information contained in Bay Shore's Complaint is restricted from disclosure by a Confidentiality Agreement with Defendant Walleye Energy LLC ("Walleye") that was specifically incorporated into the Parties' Asset Purchase Agreement at Section 7.10, the Court hereby seals Bay Shore's Complaint against Walleye, along with the attached Exhibits. Bay Shore has submitted to the Court redacted copies of the Complaint and the Exhibits for public filing.

IT IS HEREBY ORDERED that the Complaint and the Exhibits in the above captioned case are sealed *until such time as the judge who is ultimately assigned to this matter can consider a request for sealing. The seal imposed by me will expire at 5pm on 2/11/2020.*

Dated: 2/5/2020      *Colleen McMahon*
                           United States District Court Judge